IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETROHAWK ENERGY CORPORATION, Plaintiff, | § § § § | |
| v. | § § § | CIVIL ACTION NO  H-06-117 |
| ROBERT J. BENSH, Defendant. | § § | |

## ORDER

In accordance with the Stipulation of Dismissal filed on January 24, 2008 it is hereby ORDERED that this action be dismissed with prejudice.

SIGNED at Houston, Texas, on this 25th day of January, 2008.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE